KAREN MATTESON (Cal. Bar No. 102103)
Email: mattesonk@sec.gov
JACOB A. REGENSTREIF (Cal. Bar No. 234734)
E-mail: regenstreifj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EFSTRATIOS "ELIAS" ARGYROPOULOS and PRIMA CAPITAL GROUP, INC.,<br><br>Defendants. | Case No. 2:14-cv-9800 RGK (JPRx)<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR SUMMARY JUDGMENT AS TO MONETARY RELIEF**<br><br>Date:    August 3, 2015<br>Time:    9:00 a.m.<br>Place:   Courtroom 850<br>         (Hon. R. Gary Klausner) |

TO DEFENDANTS EFSTRATIOS "ELIAS" ARGYROPOULOS AND PRIMA CAPITAL GROUP, INC., AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move for summary judgment against Defendants Efstratios "Elias" Argyropoulos ("Argyropoulos") and Prima Capital Group, Inc. pursuant to Fed. R. Civ. P. 56, regarding the remaining monetary relief issues in the case. Plaintiff SEC seeks a Final Judgment ordering disgorgement by both Defendants on a joint and several basis of their ill-gotten gains and prejudgment interest thereon, and imposition of a civil penalty against Argyropoulos. This motion is based upon the accompanying Statement of Uncontroverted Facts and Conclusions of Law; Memorandum of Points and Authorities; Declaration of Karen Matteson; the filings and records in this action; and any other evidence or argument that the SEC may present in support of the motion.

PLEASE TAKE FURTHER NOTICE that the motion will be heard at 9:00 a.m. August 3, 2015, or as soon as possible thereafter, before the Honorable R. Gary Klausner in Courtroom 850 of the Edward R. Roybal Federal Building and Courthouse, located at 255 East Temple Street, Los Angeles, CA 90012.

This motion is made following the conference Plaintiff SEC's counsel had with counsel for the Defendants on June 17, 2015.

Date: June 24, 2015                                    Respectfully submitted,

/s/Karen Matteson
Karen Matteson
Attorney for Plaintiff
Securities and Exchange Commission

1

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 24, 2015, I caused to be served the document entitled **NOTICE OF MOTION AND MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR SUMMARY JUDGMENT AS TO MONETARY RELIEF** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2015                    /s/Karen Matteson
                                       Karen Matteson

2

| | |
|---|---|
| 1 | *SEC v. EFSTRATIOS "ELIAS" ARGYROPOULOS<br>and PRIMA CAPITAL GROUP, INC.*<br>United States District Court—Central District of California<br>Case No. 2:14-cv-9800 RGK (JPRx) |

## SERVICE LIST

Rees Morgan, Esq.
Coblentz Patch Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, CA 94111
***Attorneys for Defendants Efstratios "Elias" Argyropoulos and Prima Capital Group, Inc.***