UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9800-RGK (JPRx) | Date | July 2, 2015 |
|---|---|---|---|
| Title | *SECURITIES AND EXCHANGE COMMISSION v. ESTRATIOS "ELIAS" D. ARGRYROPOULOS AND PRIMA CAPITAL GROUP, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order re: Stipulation and Request to Move Hearing Date (DE 8) and Order Striking Plaintiff's Motion for Summary Judgment (DE 6)**

Court records indicate that a Judgment was entered in this matter on January 5, 2015. Pursuant to the terms of the Judgment, the only outstanding issue to be decided is the amount of disgorgement and civil penalties. The Judgment specified that such amount would be determined by the Court upon motion of Plaintiff. On June 24, 2015, Plaintiff filed a Motion for Summary Judgment regarding the monetary relief. Because Judgment has already been entered, and no claims or issues are left to be tried, the Court hereby **strikes** Plaintiff's Motion for Summary Judgment as improper. Plaintiff may, however, file a Motion for Determination of Disgorgement and Civil Penalties.

In light of the foregoing, the parties' Stipulation and Request to Move Hearing Date on the Motion for Summary Judgment is hereby **denied as moot**.

**IT IS SO ORDERED.**

_____ **:** _____

**Initials of Preparer** _____